AUSA: Patricia M. Reville

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | 7:26-mj-598 |
| UNITED STATES OF AMERICA<br><br>v.<br><br>LAIRD KLEIN,<br><br>Defendant. | **SEALED COMPLAINT**<br><br>Violations of 18 U.S.C. § 641<br><br>COUNTY OF OFFENSE:<br>SULLIVAN |

SOUTHERN DISTRICT OF NEW YORK, ss.:

      Anthony Giattino, being duly sworn, deposes and says that he is a Special Agent with the United States Postal Service Office of Inspector General ("USPS OIG"), and charges as follows:

## COUNT ONE
### (Theft of Government Funds)

    1.    From at least in about August 2025 through in or about January 2026 in the Southern District of New York and elsewhere, LAIRD KLEIN, the defendant, embezzled, stole, purloined, and knowingly converted to his use and the use of another, a record, voucher, money, and thing of value of the United States and a department and agency thereof, to wit, the United States Postal Service ("USPS"), which exceeded the sum of $1,000, and received, concealed, and retained the same with intent to convert it to his use and gain, knowing it to have been embezzled, stolen, purloined, and converted, to wit, KLEIN, without providing payment, fraudulently issued and cashed approximately $69,840.78 in USPS money orders in his own name or in the name of another.

(Title 18, United States Code, Sections 641.)

      The bases for my knowledge and for the foregoing charges are, in part, as follows:

    2.    I am a Special Agent with the USPS OIG, in White Plains, New York. I have been employed in this position since 2019. My duties as a Special Agent include investigating violations of federal statutes relating to the theft of mail, public money, property, or records by USPS employees and contractors. This affidavit is based in part upon my conversations with other law enforcement officers and others and my examination of records and reports. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

*Overview of the Money Order Theft Scheme*

3. The USPS OIG has been investigating a scheme to issue and cash stolen USPS money orders (the "Money Order Theft Scheme").

4. Based on my training and experience and review of publicly available information on USPS's website, I know that a USPS money order is a financial document similar to United States currency that is sold by USPS window clerks. Customers can purchase money orders for a fee in varying amounts and address them to a particular recipient. The recipient is then entitled to cash the money order by presenting it to a USPS window clerk along with one form of identification (*e.g.*, a driver's license) or by presenting it at a bank.

5. Since in or about May 2025, LAIRD KLEIN, the defendant, has been a USPS employee. From approximately in or about May 2025 through in or about January 2026, KLEIN worked at a USPS location in Fremont Center, New York (the "Fremont Center Post Office").

6. Based on my training and experience, I know that USPS assigns a unique username to each USPS employee, which is used to access USPS computer systems. Based on my review of money orders generated at the Fremont Center Post Office, I understand that, from in or about August 2025 to in or about January 2026, the username assigned to LAIRD KLEIN, the defendant, was used to issue approximately 126 money orders, totaling approximately $69,840.78, for which no corresponding payment was made to the USPS (the "Fraudulent Money Orders").

7. Based on my review of records from TD Bank, I understand that LAIRD KLEIN, the defendant, maintains a bank account ending in 5783 (the "TD Bank Account"). I further understand that, approximately 23 of the Fraudulent Money Orders, totaling approximately $14,324.51 were deposited into the TD Bank Account at a branch in Monticello, New York ("TD Bank Monticello"). These money orders have KLEIN's name and/or a driver's license ending in -2188 written on them. Based on my review of law enforcement records, I understand that KLEIN has a New York State driver's license ending in -2188 ("Klein Driver's License Number").

8. Based on my review of USPS records, I understand that LAIRD KLEIN, the defendant, cashed approximately 23 of the Fraudulent Money Order, totaling approximately $13,215.72, at a USPS location in Monticello, New York (the "Monticello Post Office"). These money orders again have KLEIN's name and/or the Klein Driver's License Number written on them.

9. Based on my review of USPS records, I understand that LAIRD KLEIN, the defendant, cashed additional money orders at another USPS location (other than the Monticello Post Office) and cashed money orders at check cashing businesses. Additionally, KLEIN made certain money orders payable to other individuals who themselves deposited or cashed the money orders at various locations.

*Example Money Orders from the Money Order Theft Scheme*

10.  On September 18, 2025, the USPS username assigned to LAIRD KLEIN, the defendant, was used to issue money order numbers 29285840158, 29285840147, and 29285840136, totaling approximately $2,027.34 (the "September 18 Money Orders"). The USPS did not receive a corresponding payment for the September 18 Money Orders. Money order number 29285840147 (shown below) has "L Klein" in the "pay to" field.

*Money Order Number 29285840147*



11.  On or about September 18, 2025, the September 18 Money Orders were deposited into the TD Bank Account at the TD Bank Monticello. Based on my review of surveillance images from TD Bank Monticello, on or about September 18, 2025, surveillance images show LAIRD KLEIN, the defendant, at TD Bank Monticello when the September 18 Money Orders were deposited in the TD Bank Account. One surveillance image is shown below.

*TD Bank Monticello Surveillance Photo from September 18, 2025*



3

12.     On or about September 22, 2025, the USPS username assigned to LAIRD KLEIN, the defendant, was used to issue money order number 29285840171 in the amount of $887.59 (the "-0171 Money Order") and money order number 29285840160 in the amount of $701.33 (the "-0160 Money Order"). The USPS received no corresponding payment for the -0160 Money Order or the -0171 Money Order. On or about September 23, 2025, the -0171 Money Order was deposited into the TD Bank Account. Surveillance images captured during the deposit show KLEIN conducting the transaction at TD Bank Monticello. On or about September 29, 2025, the -0160 Money Order was cashed at the Monticello Post Office. The image of the negotiated money order has the name "L. Klein" in the "Pay to" portion of the money order, and the back of the money order shows the Klein Driver's License Number (shown below).

*The -0160 Money Order*



13.     On or about September 23, 2025, the USPS username assigned to LAIRD KLEIN, the defendant, was used to issue money order number 29285840193 in the amount of $601.99 (the "-0193 Money Order") and money order number 29285840204 in the amount of $837.56 (the "-0204 Money Order"). The USPS received no corresponding payment for the -0193 Money Order or the -0204 Money Order. On or about September 24, 2025, the -0204 Money Order was deposited into the TD Bank Account. The -0204 Money Order has the name "L. Klein" in the "Pay to" portion of the money order (shown below). Surveillance images captured during the deposit show Klein conducting the transaction at TD Bank Monticello (shown below). On or about October 1, 2025, the -0193 Money Order was cashed at the Monticello Post Office. The -0193 Money Order has the name "L. Klein" in the "Pay to" portion of the money order, and the back of the money order shows the Klein Driver's License Number.

*The -0204 Money Order*



*TD Bank Monticello Surveillance Photo from September 24, 2025*

14. In or about November 2025, the USPS OIG installed a covert camera in the Fremont Center Post Office. Based on my review of the recordings, I know that, on or about November 19, 2025, LAIRD KLEIN, the defendant, printed a money order during a time when there was no customer present at the retail window, which is where a customer would be in order to pay for a money order (shown below).

*Fremont Center Post Office Surveillance Photo from November 19, 2025*



USPS records show that on or about November 19, 2025, KLEIN printed money order number 29285840812 in the amount of $562.49 (the "-0812 Money Order") and money order number 29285840823 in the amount of $684.33 (the "-0823 Money Order"), totaling $1,246.82. The USPS received no corresponding payment for the -0812 Money Order or the -0823 Money Order.

6

WHEREFORE, I respectfully request that a warrant be issued for the arrest of LAIRD KLEIN, the defendant, and that he be arrested, and imprisoned or bailed, as the case may be.

/s/ Anthony Giattino (by VR with permission)
ANTHONY GIATTINO
Special Agent
United States Postal Service Office of Inspector General

Sworn to me through the transmission of
this Complaint by reliable electronic
means (Microsoft Teams), this 26th day of February, 2026.

_____
THE HONORABLE VICTORIA REZNIK
United States Magistrate Judge
Southern District of New York

7