# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 124
White Plains, NY 10601
Tel: (914) 428-7124 Fax: (914) 948-5109

Tamara L. Giwa
*Executive Director*

**MEMO ENDORSED**

Jennifer L. Brown
*Attorney-in-Charge*

March 10, 2026

The Honorable Victoria Reznik
Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York  10601-4150

The Courts **GRANTS** Mr. Klein a one-week extension to finalize the bond obligation.

SO ORDERED.

_____
Hon. Victoria Reznik, U.S.M.J.
3/10/26

Re:    *United States v. Laird Klein*
        26 MJ 598

Dear Honorable Reznik,

I am writing to request a one-week extension for Mr. Klein to secure a co-signer for his unsecured bond.  As background, Mr. Klein was presented before the Honorable Andrew Krause on March 3, 2026.  At that time, Mr. Klein was released with the understanding that he had until March 10, 2026 (today) to have a financially responsible individual sign his unsecured bond.  *See* ECF #s  4, 6.  Mr. Klein has identified a co-signer and that individual is scheduled to be interviewed by the Government at 3:00pm today.  Under these circumstances, I ask that the Court please grant Mr. Klein a one-week extension to finalize the bond obligation.

I have communicated with Pretrial Officer Viosanny Harrison and she informed me that Mr. Klein has been compliant with the terms of his release.[1]  I

---

[1] During my conversation with Officer Harrison, I explained that Mr. Klein does not have his expired passport and that he believes he returned the passport to the Department of State when he tried to renew his passport a number of years ago.  As background, during his interview with Pretrial Services Mr. Klein reported that he believed he had an expired passport in his home.  Mr. Klein has not been able to locate the passport and he now recalls that when he applied for a new passport roughly ten-years ago he returned his expired passport to the Department of State.  Mr. Klein's application was ultimately denied because at that time he had a significant tax debt.  Because of this, Mr. Klein does not have a passport to surrender. According to Officer Harrison, Mr. Klein will need to sign a document attesting to these facts, which Mr. Klein is in the process of doing.  I do not believe that any Court action is necessary relating to the passport, but I wanted to inform the Court of this development because at Mr. Klein's initial appearance he was

have communicated with AUSA Patricia Reville and Ms. Reville indicated that the Government does not oppose this request.

Thank you for your consideration.

Sincerely,

//s

Benjamin Gold
Assistant Federal Defender

cc:    AUSA Patricia Reville
       Pretrial Officer Viosanny Harrison

---

ordered to "surrender any passport to Pretrial Services by March 10, 2026." *See* ECF # 6. Of course, Mr. Klein understands that in the unlikely event that he finds his passport he must immediately surrender that passport.