UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                              Plaintiff,                **ORDER**

      -against-                             26 MJ 598

LAIRD KLEIN,

                             Defendant.
-------------------------------------------------------------------X

        After receiving a violation memorandum from Pretrial Services on March 24, 2026, the

Court modifies the Defendant's bail conditions as follows, with consent of all parties:

- The defendant shall participate in mental health treatment as directed by Pretrial

    Services, and he is allowed to address his drug usage through treatment.

All other conditions remain in place.

Dated: March 25, 2026
      White Plains, New York

                                **SO ORDERED:**

                                JUDITH C. McCARTHY
                                United States Magistrate Judge